

# Fourth Court of Appeals
## San Antonio, Texas

November 19, 2018

No. 04-18-00567-CR

Martin Daniel **MORALES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 7, Bexar County, Texas
Trial Court No. 567057
Honorable Genie Wright, Judge Presiding

# O R D E R

Appellant's motion for an extension of time to file the appellant's brief is granted. We ORDER appellant's counsel, Dean A. Diachin, to file the appellant's brief by December 10, 2018.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of November, 2018.

KEITH E. HOTTLE,
Clerk of Court